Form B 250E (12/09)

# United States Bankruptcy Court
# Northern District Of Georgia

In re _Arterial Health International, LLC_ )    Case No. _15 – 71880-mgd_
           Debtor* )
                    )    Chapter: _7_
                    )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on November 11, 2015, requesting an order for relief under chapter __7____ of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk: 75 Ted Turner Drive
Richard Russell Federal Bldg.
13th Floor
Atlanta, GA 30303

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney: Theodore N. Stapleton
Suite 100-B
2802 Paces Ferry Road SE
Atlanta, GA 30339

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date: NOV 1 3 2015                            (Clerk of the Bankruptcy Court)

By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).