## CERTIFICATE OF SERVICE

I, **Theodore N Stapleton** (name), certify that on **November 13, 2015** (date), I served this summons and a copy of the involuntary petition on **Arterial Health International, LLC** (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*: **first class United States Mail postage pre-paid as follows:**

Neil Lansing
Arterial Health International, LLC
3340 Peachtree Road
Ste 1800
Atlanta, Ga 30326

Neil Lansing
Registered Agent for
Arterial Health International, LLC
3340 Peachtree Road
Ste 1800
Atlanta, Ga 30326

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **11/13/15**   Signature *[signed]*

Print Name: **Theodore N Stapleton**

Business Address: **Ste 100-B
2802 Paces Ferry Road
Atlanta, Ga 30339**

Form B 250E (12/09)

# United States Bankruptcy Court
## Northern District Of Georgia

In re  Arterial Health International, LLC  )   Case No. 15-71880-mgd
           Debtor*  )
             )   Chapter: 7
             )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on November 11, 2015, requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

        Address of the clerk: 75 Ted Turner Drive
                                  Richard Russell Federal Bldg.
                                  13th Floor
                                  Atlanta, GA 30303

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

        Name and Address of Petitioner's Attorney: Theodore N. Stapleton
                                                        Suite 100-B
                                                        2802 Paces Ferry Road SE
                                                       Atlanta, GA 30339

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                                         (Clerk of the Bankruptcy Court)

Date: NOV 1 3 2015         By: _____ (Deputy Clerk)

---

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).