UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ARTERIAL HEALTH | ) | Case No. 15-71880 |
| INTERNATIONAL, LLC, | ) | |
| | ) | Judge Diehl |
| | ) | |
| Debtor. | ) | |

**JOINDER OF ALLISON MULDER AS A PETITIONING CREDITOR
PURSUANT TO 11 U.S.C. § 303 (c)**

**COMES NOW** Allison Mulder ("Mulder"), petitioning creditor in the above referenced proceeding and files this *Joinder of Allison Mulder As A Petitioning Creditor Pursuant to 11 U.S.C.§ 303(c)* as follows:

1) Mulder is eligible to join the petition pursuant to 11 U.S.C.§ 303(c).

2) The Debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3) The Debtor is generally not paying its debts as they become due, unless such debts are the subject of a bona-fide dispute as to liability or amount.

4) On the petition date, November 12, 2015, Arterial Health International, Inc. ("Arterial") owned me the amount of $1,678.24 for un-reimbursed business expenses incurred as an employee of Arterial. Arterial owes me $1,428.24 for un-reimbursed business expenses as of today.

5) True and correct copies of my Weekly Travel and Expense Reports reflecting un-reimbursed expenses owed to me are attached as Exhibit "A".

1

6) Mulder requests that an order for relief be entered against the Debtor under chapter 7, title 11

of the United States Code.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/   Theodore N. Stapleton |
|  | Theodore N. Stapleton |
|  | Georgia Bar No. 675850 |
| Suite 100-B | Counsel for Allison Mulder |
| 2802 Paces Ferry Road | Petitioning Creditor |
| Atlanta, Georgia  30339 |  |
| (770) 436-3334 |  |
| tstaple@tstaple.com |  |

## DECLARATION

I, Allison Mulder, petitioning creditor herein, declare under penalty of perjury that I have read the foregoing joinder to involuntary petition and that the same is true and correct to the best of my information and belief.

>  /s/   *Allison Mulder*
>  Allison Mulder
>  701 S. Juniper Street
>  Apt 58
>  Foley, AL 36535

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing pleading

upon all those parties listed below by first class United States mail to:

> Kevin A. Stine, Esq.
> Baker, Donelson
> Monarch Plaza, Ste 1600
> 3414 Peachtree Road, N.E.
> Atlanta, GA 30326

This 10th day of December, 2015.

>    /s/ Theodore N. Stapleton
>    Theodore N. Stapleton

2

# ARTERIAL HEALTH

**Allison Mulder**
281 Bridlepath Lane
Flomaton, AL
251-236-1138

Weekly Travel and Expense Report

PLEASE COMPLETE THE GREEN SHADED AREAS AS NEEDED

| | Expense Name | Monday 26-Oct | Tuesday 27-Oct-15 | Wednesday 28-Oct-15 | Thursday 29-Oct-15 | Friday 30-Oct-15 | Saturday 31-Oct-15 | Sunday 1-Nov-15 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| T | **Mileage-Own Car:** | | 78 | | | | | | |
| r | x Rate | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | |
| a | Mileage Reimburse | | 44.85 | | | | | | 44.85 |
| n | **Lodging:** | | | | | | | | |
| s | PER DIEM: | | 250.00 | | 250.00 | | | | 500.00 |
| p | | | | | | | | | |
| / | | | | | | | | | |
| L | | | | | | | | | |
| o | | | | | | | | | |
| d | | | | | | | | | |
| g | | | | | | | | | |
| e | | | | | | | | | |
| | | | | | Sub Total: Transporation, Lodging & Misc.-----------------> | | | | 544.85 |
| M | Breakfast | | | | | | | | |
| e | Lunch | | | | | | | | |
| a | Dinner | | | | | | | | |
| l | Tips | | | | | | | | |
| s | Entrtainment/Gifts | | | | | | | | |
| | Parking at Airport | | | | | | | | |
| | Baggage Check | | | | | | | | |
| | Taxi | | | | | | | | |
| | | | | | Sub Total: Meals & Entertainment-----------------------------> | | | | |
| | Daily Totals | $0.00 | $0.00 | $294.85 | $0.00 | $0.00 | $0.00 | $0.00 | **$544.85** |

| | |
|---|---|
| MONDAY: | |
| TUESDAY: | DR. BIRKENHAUER'S OFFICE |
| WEDNESDAY: | |
| THURSDAY: | |
| FRIDAY: | |

Due Employee
**$544.85**

**Explanation of Entertainment and Unusual Items:**

| Date | Name of Person(s) Entertained Company & Title | (Name Restaurant, Theatre etc. and City) | Business Entertainment-Nature & duration of any business discussion before or after Business entertainment | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Must Be Typed Or In Ink   Due One Week After Return From Trip

| Signature | Date | Period Covered | |
|---|---|---|---|
| Allison Mulder | 30-Oct-15 | From | To |
| Approval Signature | Date | 26-Oct-15 | 1-Nov-15 |

**ARTERIAL HEALTH**

Weekly Travel and Expense Report

**Allison Mulder**
701 S JUNIPER ST. APT 58
FOLEY, AL 36535
251-236-1138

PLEASE COMPLETE THE GREEN SHADED AREAS AS NEEDED

| | Expense Name | Monday 2-Nov | Tuesday 3-Nov-15 | Wednesday 4-Nov-15 | Thursday 5-Nov-15 | Friday 6-Nov-15 | Saturday 7-Nov-15 | Sunday 8-Nov-15 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| T | **Mileage-Own Car:** | | | 75 | 79 | 78 | | | |
| r | x Rate | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | |
| a | Mileage Reimburse | | | 43.12 | 45.42 | 44.85 | | | 133.39 |
| n | **Lodging:** | | | | | | | | |
| s | PER DIEM: | | | 250.00 | 250.00 | 250.00 | | | 750.00 |
| p | | | | | | | | | |
| / | | | | | | | | | |
| L | | | | | | | | | |
| o | | | | | | | | | |
| d | | | | | | | | | |
| g | | | | | | | | | |
| e | | | | | | | | | |
| | | | | | Sub Total: Transporation, Lodging & Misc.----------------> | | | | 883.39 |
| M | Breakfast | | | | | | | | |
| e | Lunch | | | | | | | | |
| a | Dinner | | | | | | | | |
| l | Tips | | | | | | | | |
| s | Entrtainment/Gifts | | | | | | | | |
| | Parking at Airport | | | | | | | | |
| | Baggage Check | | | | | | | | |
| | Taxi | | | | | | | | |
| | | | | | Sub Total: Meals & Entertainment-----------------------------> | | | | |
| | Daily Totals | $0.00 | $0.00 | $293.12 | $295.42 | $294.85 | $0.00 | $0.00 | |

| | |
|---|---|
| MONDAY: | |
| TUESDAY: | |
| WEDNESDAY: | GENERAL PRACTICE |
| THURSDAY: | GULF SHORES MEDICAL CENTER |
| FRIDAY: | DR. BIRKENHAUER'S OFFICE |

Due Employee
**$883.39**

**Explanation of Entertainment and Unusual Items:**

| Date | Name of Person(s) Entertained Company & Title | (Name Restaurant, Theatre etc. and City) | Business Entertainment-Nature & duration of any business discussion before or after Business entertainment | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Must Be Typed Or In Ink    Due One Week After Return From Trip

| Signature | Date |
|---|---|
| Allison Mulder | 6-Nov-15 |
| Approval Signature | Date |

| Period Covered | |
|---|---|
| From | To |
| 2-Nov-15 | 8-Nov-15 |

**ARTERIAL HEALTH**

Weekly Travel and Expense Report

**Allison Mulder**
701 S JUNIPER ST. APT 58
FOLEY, AL 36535
251-236-1138

PLEASE COMPLETE THE GREEN SHADED AREAS AS NEEDED

| | Expense Name | Monday 9-Nov | Tuesday 10-Nov-15 | Wednesday 11-Nov-15 | Thursday 12-Nov-15 | Friday 13-Nov-15 | Saturday 14-Nov-15 | Sunday 15-Nov-15 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| T | **Mileage-Own Car:** | | | | | | | | |
| r | x Rate | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | |
| a | Mileage Reimburse | | | | | | | | |
| n | **Lodging:** | | | | | | | | |
| s | PER DIEM: | | | | 250.00 | 250.00 | | | 500.00 |
| p | | | | | | | | | |
| / | | | | | | | | | |
| L | | | | | | | | | |
| o | | | | | | | | | |
| d | | | | | | | | | |
| g | | | | | | | | | |
| e | | | | | | | | | |
| | | | | | Sub Total: Transporation, Lodging & Misc.------------------> | | | | 500.00 |
| M | Breakfast | | | | | | | | |
| e | Lunch | | | | | | | | |
| a | Dinner | | | | | | | | |
| l | Tips | | | | | | | | |
| s | Entrtainment/Gifts | | | | | | | | |
| | Parking at Airport | | | | | | | | |
| | Baggage Check | | | | | | | | |
| | Taxi | | | | | | | | |
| | | | | | Sub Total: Meals & Entertainment----------------------------> | | | | |
| | Daily Totals | $0.00 | $0.00 | $293.12 | $295.42 | $250.00 | $0.00 | $0.00 | |

| | | |
|---|---|---|
| MONDAY: | | |
| TUESDAY: | | |
| WEDNESDAY: | | |
| THURSDAY: | GULF SHORES MEDICAL CENTER | |
| FRIDAY: | | Due Employee |
| **Explanation of Entertainment and Unusual Items:** | | $500.00 |

| Date | Name of Person(s) Entertained Company & Title | (Name Restaurant, Theatre etc. and City) | Business Entertainment-Nature & duration of any business discussion before or after Business entertainment | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Must Be Typed Or In Ink    Due One Week After Return From Trip

| | | | Period Covered | |
|---|---|---|---|---|
| **Signature** | | Date | From | To |
| Allison Mulder | | 13-Nov-15 | 9-Nov-15 | 15-Nov-15 |
| **Approval Signature** | | Date | | |

**Arterial Health**

Weekly Travel and Expense Report

**Allison Mulder**
701 S JUNIPER ST. APT 58
FOLEY, AL 36535
251-236-1138

PLEASE COMPLETE THE GREEN SHADED AREAS AS NEEDED

| | Expense Name | Monday 16-Nov | Tuesday 17-Nov-15 | Wednesday 18-Nov-15 | Thursday 19-Nov-15 | Friday 20-Nov-15 | Saturday 21-Nov-15 | Sunday 22-Nov-15 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| T | **Mileage-Own Car:** | | | | | | | | |
| r | x Rate | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | |
| a | Mileage Reimburse | | | | | | | | |
| n | **Lodging:** | | | | | | | | |
| s | **PER DIEM:** | | | 250.00 | 250.00 | 250.00 | | | 750.00 |
| p | | | | | | | | | |
| / | | | | | | | | | |
| L | | | | | | | | | |
| o | | | | | | | | | |
| d | | | | | | | | | |
| g | | | | | | | | | |
| e | | | | | | | | | |
| | | | | | Sub Total: Transporation, Lodging & Misc.-----------------> | | | | 750.00 |
| M | Breakfast | | | | | | | | |
| e | Lunch | | | | | | | | |
| a | Dinner | | | | | | | | |
| l | Tips | | | | | | | | |
| s | Entrtainment/Gifts | | | | | | | | |
| | Parking at Airport | | | | | | | | |
| | Baggage Check | | | | | | | | |
| | Taxi | | | | | | | | |
| | | | | | Sub Total: Meals & Entertainment-----------------------------> | | | | |
| | Daily Totals | $0.00 | $0.00 | $250.00 | $250.00 | $250.00 | $0.00 | $0.00 | **$750.00** |

| | |
|---|---|
| MONDAY: | |
| TUESDAY: | |
| WEDNESDAY: | General Practice |
| THURSDAY: | GULF SHORES MEDICAL CENTER |
| FRIDAY: | Dr. Birkenhauer's |

Due Employee

**Explanation of Entertainment and Unusual Items:**     $750.00

| Date | Name of Person(s) Entertained Company & Title | (Name Restaurant, Theatre etc. and City) | Business Entertainment-Nature & duration of any business discussion before or after Business entertainment | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Must Be Typed Or In Ink     Due One Week After Return From Trip

| Signature | Date | Period Covered | |
|---|---|---|---|
| Allison Mulder | 20-Nov-15 | From | To |
| Approval Signature | Date | 16-Nov-15 | 22-Nov-15 |

**Arterial Health**

Weekly Travel and Expense Report

**Allison Mulder**
701 S JUNIPER ST. APT 58
FOLEY, AL 36535
251-236-1138

PLEASE COMPLETE THE GREEN SHADED AREAS AS NEEDED

| | Expense Name | Monday 23-Nov | Tuesday 24-Nov-15 | Wednesday 25-Nov-15 | Thursday 26-Nov-15 | Friday 27-Nov-15 | Saturday 28-Nov-15 | Sunday 29-Nov-15 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| T | **Mileage-Own Car:** | | | | | | | | |
| r | x Rate | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | |
| a | Mileage Reimburse | | | | | | | | |
| n | **Lodging:** | | | | | | | | |
| s | PER DIEM: | | | 250.00 | 250.00 | | | | 500.00 |
| p | | | | | | | | | |
| / | | | | | | | | | |
| L | | | | | | | | | |
| o | | | | | | | | | |
| d | | | | | | | | | |
| g | | | | | | | | | |
| e | | | | | | | | | |
| | | | | | Sub Total: Transporation, Lodging & Misc.-----------------> | | | | 500.00 |
| M | Breakfast | | | | | | | | |
| e | Lunch | | | | | | | | |
| a | Dinner | | | | | | | | |
| l | Tips | | | | | | | | |
| s | Entrtainment/Gifts | | | | | | | | |
| | Parking at Airport | | | | | | | | |
| | Baggage Check | | | | | | | | |
| | Taxi | | | | | | | | |
| | | | | | Sub Total: Meals & Entertainment-----------------------------> | | | | |
| | Daily Totals | $0.00 | $0.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | **$500.00** |

| | |
|---|---|
| MONDAY: | |
| TUESDAY: | |
| WEDNESDAY: | |
| THURSDAY: | |
| FRIDAY: | Due Employee |
| **Explanation of Entertainment and Unusual Items:** | $500.00 |

| Date | Name of Person(s) Entertained Company & Title | (Name Restaurant, Theatre etc. and City) | Business Entertainment-Nature & duration of any business discussion before or after Business entertainment | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Must Be Typed Or In Ink    Due One Week After Return From Trip

| Signature | Date | Period Covered | |
|---|---|---|---|
| Allison Mulder | 29-Nov-15 | From | To |
| Approval Signature | Date | 23-Nov-15 | 29-Nov-15 |

**ARTERIAL HEALTH**

Weekly Travel and Expense Report

**Allison Mulder**
281 Bridlepath Lane
Flomaton, AL
251-236-1138

PLEASE COMPLETE THE GREEN SHADED AREAS AS NEEDED

| | Expense Name | Monday 26-Oct | Tuesday 27-Oct-15 | Wednesday 28-Oct-15 | Thursday 29-Oct-15 | Friday 30-Oct-15 | Saturday 31-Oct-15 | Sunday 1-Nov-15 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| T | **Mileage-Own Car:** | | 78 | | | | | | |
| r | x Rate | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | |
| a | Mileage Reimburse | | 44.85 | | | | | | 44.85 |
| n | **Lodging:** | | | | | | | | |
| s | PER DIEM: | | 250.00 | | 250.00 | | | | 500.00 |
| p | | | | | | | | | |
| / | | | | | | | | | |
| L | | | | | | | | | |
| o | | | | | | | | | |
| d | | | | | | | | | |
| g | | | | | | | | | |
| e | | | | | | | | | |
| | | | | | Sub Total: Transporation, Lodging & Misc.-----------------> | | | | 544.85 |
| M | Breakfast | | | | | | | | |
| e | Lunch | | | | | | | | |
| a | Dinner | | | | | | | | |
| l | Tips | | | | | | | | |
| s | Entrtainment/Gifts | | | | | | | | |
| | Parking at Airport | | | | | | | | |
| | Baggage Check | | | | | | | | |
| | Taxi | | | | | | | | |
| | | | | | Sub Total: Meals & Entertainment-----------------------------> | | | | |
| | Daily Totals | $0.00 | $0.00 | $294.85 | $0.00 | $0.00 | $0.00 | $0.00 | **$544.85** |

| | |
|---|---|
| MONDAY: | |
| TUESDAY: | DR. BIRKENHAUER'S OFFICE |
| WEDNESDAY: | |
| THURSDAY: | |
| FRIDAY: | |

Due Employee

**Explanation of Entertainment and Unusual Items:**    $544.85

| Date | Name of Person(s) Entertained Company & Title | (Name Restaurant, Theatre etc. and City) | Business Entertainment-Nature & duration of any business discussion before or after Business entertainment | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Must Be Typed Or In Ink    Due One Week After Return From Trip

| Signature | Date | Period Covered | |
|---|---|---|---|
| Allison Mulder | 30-Oct-15 | From | To |
| Approval Signature | Date | 26-Oct-15 | 1-Nov-15 |

**Arterial Health**

Weekly Travel and Expense Report

**Allison Mulder**
701 S JUNIPER ST. APT 58
FOLEY, AL 36535
251-236-1138

PLEASE COMPLETE THE GREEN SHADED AREAS AS NEEDED

| | Expense Name | Monday 30-Nov | Tuesday 1-Dec-15 | Wednesday 2-Dec-15 | Thursday 3-Dec-15 | Friday 4-Dec-15 | Saturday 5-Dec-15 | Sunday 6-Dec-15 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| T | **Mileage-Own Car:** | | | | | | | | |
| r | x Rate | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | 0.575 | |
| a | Mileage Reimburse | | | | | | | | |
| n | **Lodging:** | | | | | | | | |
| s | PER DIEM: | | | 250.00 | 250.00 | 250.00 | | | 750.00 |
| p | | | | | | | | | |
| / | | | | | | | | | |
| L | | | | | | | | | |
| o | | | | | | | | | |
| d | | | | | | | | | |
| g | | | | | | | | | |
| e | | | | | | | | | |
| | | | | | Sub Total: Transporation, Lodging & Misc.-----------------> | | | | 750.00 |
| M | Breakfast | | | | | | | | |
| e | Lunch | | | | | | | | |
| a | Dinner | | | | | | | | |
| l | Tips | | | | | | | | |
| s | Entrtainment/Gifts | | | | | | | | |
| | Parking at Airport | | | | | | | | |
| | Baggage Check | | | | | | | | |
| | Taxi | | | | | | | | |
| | | | | | Sub Total: Meals & Entertainment----------------------------> | | | | |
| | Daily Totals | $0.00 | $0.00 | $250.00 | $250.00 | $250.00 | $0.00 | $0.00 | **$750.00** |

| | |
|---|---|
| MONDAY: | |
| TUESDAY: | |
| WEDNESDAY: | General Practice/Birkenhauer |
| THURSDAY: | Gulf Shores Medical Center |
| FRIDAY: | Dr. Birkenhauer |

Due Employee

**Explanation of Entertainment and Unusual Items:** $750.00

| Date | Name of Person(s) Entertained Company & Title | (Name Restaurant, Theatre etc. and City) | Business Entertainment-Nature & duration of any business discussion before or after Business entertainment | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Must Be Typed Or In Ink    Due One Week After Return From Trip

| Signature | | Date | | Period Covered | |
|---|---|---|---|---|---|
| Allison Mulder | | 4-Dec-15 | | From | To |
| Approval Signature | | Date | | 30-Nov-15 | 6-Dec-15 |