**IT IS ORDERED as set forth below:**



**Date: January 28, 2016**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | : | CASE NUMBER: |
| | : | |
| **ARTERIAL HEALTH INTERNATIONAL, LLC,** | : | **15-71880-MGD** |
| | : | |
| | : | CHAPTER 7 |
| Alleged Debtor. | : | |
| _____ | : | |

**ORDER GRANTING ARTERIAL HEALTH INTERNATIONAL, LLC'S MOTION TO
DISMISS INVOLUNTARY PETITION**

The Court held a trial on Arterial Health International, LLC's ("AHI") Motion to Dismiss Involuntary Petition limited to the issue of whether the Petitioning Creditors held non-contingent claims that were not subject to bona fide dispute as to liability or amount. Theodore N. Stapleton appeared for the Petitioning Creditors. Kevin A. Stine appeared for AHI. The trial was held over the course of three days. The Court heard the Petitioning Creditors' case-in-chief on January 12, 2016 and heard testimony from Nicolas Chronos, Ram Dandillaya on his own behalf and on behalf of CardioRad Partners, William Cundiff, Frank Vidal on behalf of Frank Vidal Medical Coding Worldwide, Emir Muhovic, and Linda Clark on behalf of CVD Finance, LLC. The Court

heard AHI's case-in-chief on January 19, 2016 and heard testimony from Doug McMillan, Neil Lansing, Brian Currie, and William Cundiff on rebuttal. The Court heard the parties' closing arguments on January 28, 2016 and at that time stated its findings of fact and conclusions of law from the bench pursuant to Federal Rule of Bankruptcy Procedure 7052 (Fed. R. Civ. P. 52(a)(1)).

For the reasons the Court gave on the record at the hearing, the Court concludes that the Petitioning Creditors have not demonstrated that at least three creditors hold claims not contingent as to liability or the subject of a bona fide dispute as to liability or amount. Accordingly, the Petitioning Creditors lack standing to bring this case under 11 U.S.C. § 303(b)(1) and it is therefore

**ORDERED** that this case is **DISMISSED**.

It is **FURTHER ORDERED** that the Court retains jurisdiction of this case to enable Arterial Health International, LLC to seek relief under 11 U.S.C. § 303(i). The clerk is directed to keep this case open pending resolution of a motion seeking such relief. If no motion is filed within 30 days of the date of entry of this Order, the clerk is directed to close this case.

**END OF DOCUMENT**